AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Tai Chin Preyor, #999494 <br> *Plaintiff* <br> v. <br> Rick Thaler, Director of Texas Department of Criminal Justice, Correctional Institutions Division <br> *Defendant* | Civil Action No. SA10CA0857 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rick Thaler, c/o Office of the Texas Attorney General
　　　　　　　　　　　　　　　　　　　300 W. 15th St., 8th Floor
　　　　　　　　　　　　　　　　　　　Austin, Texas 78701

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Law Offices of Brandy Estelle
　　　　　　　　　　　　　　　　　　　　　　　9595 Wilshire Blvd., Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90212
　　　　　　　　　　　　　　　　　　　　　　　(310) 300-4043 tel
　　　　　　　　　　　　　　　　　　　　　　　(310) 388-5350 fax

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  William G. Putnicki

*Kriston Hunt*
*Signature of Clerk or Deputy Clerk*

Date:　12/13/2010



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. SA10CA0857

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rick Thaler
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
 on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:
 _____
 *Server's signature*

 _____
 *Printed name and title*

 _____
 *Server's address*

Additional information regarding attempted service, etc: