IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| TAICHIN PREYOR, | § § § | |
| Petitioner, | § § | Civil Action No. SA-10-CA-857-FB |
| - vs. - | § § | |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner TaiChin Preyor appeals to the United States Court of Appeals for the Fifth Circuit from this Court's July 24, 2017 order denying Petitioner's Motion for Relief from Judgment Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Dkt. 86.

Dated:  July 24, 2017

Respectfully submitted,

/s/  Catherine E. Stetson
Catherine E. Stetson*
Elizabeth C. Lockwood*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
 (202) 637-5491
cate.stetson@hoganlovells.com
elizabeth.lockwood@hoganlovells.com

Mark E. Olive*
320 W. Jefferson Street
Tallahassee, FL 32301
(850) 224-0004
meolive@aol.com

Hilary Sheard
Texas Bar # 50511187
7421 Burnet Road, #300-512
Austin, TX 78757
(512) 524-1371
HilarySheard@hotmail.com

*Admitted Pro Hac Vice*
*Counsel for Petitioner TaiChin Preyor*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2017, the foregoing was electronically filed through this Court's

CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

/s/ Catherine E. Stetson
Catherine E. Stetson